UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | | |
|---|---|---|
| S&T OIL EQUIPMENT & MACHINERY LTD., | § | |
| VALERIAN SIMIRICA, | § | |
| | § | |
| vs. | § | Cause No. 4:11-cv-00542 |
| | § | |
| JURIDICA INVESTMENTS, LTD., | § | |
| JURIDICA CAPITAL MANAGEMENT LIMITED | § | |
| JURIDICA CAPITAL MANAGEMENT (US) INC. | § | |

UNOPPOSED MOTION TO SEAL
INVESTMENT AGREEMENT (EXHIBIT 2 TO DOCKET ENTRY #3)

Plaintiffs move to seal Exhibit 2, the investment agreement, which is attached as an exhibit to docket entry #3. entitled "ex parte emergency application for temporary restraining order and order to show cause regarding preliminary injunction." This motion is at the request of counsel for defendants (*note:* no defendants have formally appeared herein), and is therefore unopposed. LR7.2.

Dated: February 16, 2011

Respectfully submitted,

**/s/ J. Mark Brewer**
_____
J. Mark Brewer, TBN 02965010
Three Riverway, 18th Floor
Houston, TX  77056
(713) 209-2950
Email: brewer@bplaw.com
Attorney for Plaintiffs

Of counsel:

Sondra Jurica, TBN 24032486
Email: jurica@bplaw.com

*and*

Brewer & Pritchard, P.C.

**CERTIFICATE OF SERVICE**

  I certify that I have forwaded a copy of this motion by electronic mail on February 16, 2011 to the following:

Robert D. MacGill
Barnes & Thornburg, LLP
11 South Meridian Street
Indianapolis, IN 46204-3535

                **/s/ J. Mark Brewer**

                J. Mark Brewer