IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| S&T OIL EQUIPMENT & | § | |
| MACHINERY, LTD, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-0542 |
| | § | |
| JURIDICA INVESTMENTS | § | |
| LIMITED, *et al.*, | § | |
| Defendants. | § | |

## ORDER

The Court has received Plaintiffs' Unopposed Motion to Seal Investment Agreement [Doc. # 5] and Defendants' Emergency Motion to Seal Complaint and Accompanying Documents [Doc. # 6].  It is hereby

**ORDERED** that these motions are **GRANTED** to the extent that the Complaint [Doc. #1], the Application for Temporary Restraining Order [Doc. # 2], and the Brief in Support of the Application for Temporary Restraining Order [Doc. # 3] **shall be resealed**.  It is further

**ORDERED** that all documents filed by any party will be sealed if so designated by the party.  The parties are cautioned that the issue of whether these documents should remain sealed will be addressed at the February 24, 2011, hearing.

SIGNED at Houston, Texas, this **17th** day of **February, 2011.**

C:\Documents and Settings\usdc\Local Settings\Temp\notesE1EF34\0542MSeal.wpd

Nancy F. Atlas
United States District Judge