UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | | |
|---|---|---|
| S&T OIL EQUIPMENT & MACHINERY LTD., ) <br> VALERIAN SIMIRICA, ) <br> ) <br> vs. ) <br> ) <br> JURIDICA INVESTMENTS, LTD., ) <br> JURIDICA CAPITAL MANAGEMENT LIMITED ) <br> JURIDICA CAPITAL MANAGEMENT (US) INC. ) | | FILED UNDER SEAL <br><br> Cause No. H-11-542 |

**MOTION TO DISMISS IN FAVOR OF ARBITRATION**

Plaintiffs filed this action in direct violation of an enforceable, mandatory arbitration provision contained in the Investment Agreement between Plaintiffs and Defendant Juridica Investments Limited ("JIL"). Pursuant to Section 15.2 of that agreement, the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "Convention"), and the Federal Arbitration Act (the "FAA"), Defendants hereby move to dismiss the Complaint. Defendants also ask the Court to award them their costs and expenses in pursuing this motion, including attorneys' fees, as provided in Section 15.7 of the Agreement and for all other just and proper relief.

Defendants have submitted a brief and supporting affidavit with this motion.

1

Respectfully submitted,

THOMPSON & KNIGHT LLP


By:     /s/ Jonathan B. Shoebotham
         Jonathan B. Shoebotham
State Bar Number 18286800
333 Clay Street, Suite 3300
Houston, Texas 77002
(713) 654-8111 Telephone
(713) 654-1871 facsimile

Attorney In Charge for Defendants
Juridica Investments Limited, Juridica Capital
Management Limited and Juridicia Capital
Management (US) Inc.


Robert D. MacGill (#9989-49)
Mark J. Crandley (#22321-53)
Scott E. Murray (#26885-49)
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313 Telephone
(317) 231-7433 Facsimile

Attorneys for Defendants Juridica Investments
Limited, Juridica Capital Management Limited and
Juridicia Capital Management (US) Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>J. Mark Brewer
>Brewer Pritchard, PC
>Three Riverway, Suite 1800
>Houston, Texas 77056
>Phone: 713-209-2950
>Fax: 713-659-5302
>E-mail: brewer@bplaw.com

>*/s/ Jonathan B. Shoebotham*
>Jonathan B. Shoebotham

INDS02 1153919v1