UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | | |
|---|---|---|
| S&T OIL EQUIPMENT & MACHINERY LTD., VALERIAN SIMIRICA, | ) ) ) | FILED UNDER SEAL |
| vs. | ) ) ) | Cause No. H-11-542 |
| JURIDICA INVESTMENTS, LTD., JURIDICA CAPITAL MANAGEMENT LIMITED JURIDICA CAPITAL MANAGEMENT (US) INC. | ) ) ) | |

## MOTION TO SEAL DOCUMENTS

On February 17, 2011, the Court entered an order providing that all documents filed by the parties in this case shall be sealed if so designated by the filing party. (Dkt. No. 7.) Defendants hereby designate for sealing their Motion to Dismiss in Favor of Arbitration, the Brief in Support of Motion to Dismiss in Favor of Arbitration, the supporting affidavit of Paul Sullivan, and their Opposition to Plaintiffs' Motion for a Temporary Restraining Order.

A proposed order has been submitted with this Motion.

Respectfully submitted,

THOMPSON & KNIGHT LLP

By:  /s/ Jonathan B. Shoebotham
Jonathan B. Shoebotham
State Bar Number 18286800
333 Clay Street, Suite 3300
Houston, Texas 77002
(713) 654-8111 Telephone
(713) 654-1871 facsimile

Attorney In Charge for Defendants
Juridica Investments Limited, Juridica Capital
Management Limited and Juridicia Capital
Management (US) Inc.

1

>Robert D. MacGill (#9989-49)
>Mark J. Crandley (#22321-53)
>Scott E. Murray (#26885-49)
>Barnes & Thornburg LLP
>11 South Meridian Street
>Indianapolis, IN 46204
>(317) 236-1313 Telephone
>(317) 231-7433 Facsimile
>
>Attorneys for Defendants Juridica Investments Limited, Juridica Capital Management Limited and Juridicia Capital Management (US) Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>J. Mark Brewer
>Brewer Pritchard, PC
>Three Riverway, Suite 1800
>Houston, Texas 77056
>Phone: 713-209-2950
>Fax: 713-659-5302
>E-mail: brewer@bplaw.com

>/s/ *Jonathan B. Shoebotham*
>Jonathan B. Shoebotham

INDS02 1153931v1