UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| S&T OIL EQUIPMENT & MACHINERY LTD., )<br>VALERIAN SIMIRICA, )<br> )<br>vs. )<br> )<br>JURIDICA INVESTMENTS, LTD., )<br>JURIDICA CAPITAL MANAGEMENT LIMITED)<br>JURIDICA CAPITAL MANAGEMENT (US) INC.) | Cause No. H-11-542 |

**ORDER GRANTING MOTION TO SEAL**

This matter comes before the Court on Defendants' Motion to Seal. Pursuant to the Court's February 17, 2011 Order, the Court hereby seals the following documents:

1. Defendants Motion to Dismiss in Favor of Arbitration;

2. Defendants' Brief in Support of Motion to Dismiss in Favor of Arbitration;

3. The Affidavit of Paul Sullivan; and

4. Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order.

So ordered this _____ day of _____, 2011.

_____
Judge, Southern District Of Texas

INDS01 1256058v1