## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| *S&T OIL EQUIPMENT & MACHINERY LTD.*, | § | |
| *VALERIAN SIMIRICA*, | § | |
| | § | |
| *vs.* | § | Cause No. 4:11-CV-00542 |
| | § | |
| *JURIDICA INVESTMENTS, LTD.*, | § | |
| *JURIDICA CAPITAL MANAGEMENT, LTD.*, | § | |
| *JURIDICA CAPITAL MANAGEMENT (US) INC.* | § | |

## PLAINTIFFS' MOTION TO STRIKE (SEAL) ALLEGATIONS IN DEFENDANTS' FILINGS

As discussed by the court at the oral hearing on February 24, 2011, plaintiffs move for the following to strike and to seal under Federal Rule of Civil Procedure 12(f):

Plaintiffs move to strike and seal scandalous, misleading and irrelevant allegations contained in Defendants Response in Opposition to Motion for Temporary Restraining Order [Doc. #15], Defendants Brief in Support of Motion to Dismiss in Favor of Arbitration [Doc. #17], Defendants Corrected Response in Opposition to Motion for Temporary Restraining Order [Doc. #21], and Defendants Corrected Brief in Support of Motion to Dismiss in Favor of Arbitration [Doc. #20] pursuant to Fed. R. Civ. P. 12(f). Plaintiffs ask that the court seal footnote 6 and Exhibit 2 in document 15, footnote 4 and Exhibit 2 in document 17, footnote 4 and Exhibit 2 in document 20, and footnote 6 and Exhibit 2 in document 21, each of which contain the same, scandalous, misleading and irrelevant material. Fed. R. Civ. P 12(g). The repetitive footnotes and exhibits in defendants' filings are improper and serve no legitimate purpose whatsoever in this case. Plaintiffs move for such other and further relief as may be just and proper under the circumstances.

Dated: February 25, 2011

Respectfully submitted,

**/s/ J. Mark Brewer**

_____

J. Mark Brewer, TBN 02965010
Three Riverway, 18th Floor
Houston, TX  77056
(713) 209-2950
Email: brewer@bplaw.com
Attorney for Plaintiffs

Of counsel:

Sondra Jurica, TBN 24032486
Email: jurica@bplaw.com

*and*

Brewer & Pritchard, P.C.
Three Riverway, 18th Floor
Houston, TX  77056
(713) 209-2950

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on counsel of record in accordance with Federal Rules of Civil Procedure using the Court CM/ECF system.

**/s/ J. Mark Brewer**

_____