**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON**

| | | |
|---|---|---|
| *S&T OIL EQUIPMENT & MACHINERY LTD.*, | § | |
| *VALERIAN SIMIRICA,* | § | |
| | § | |
| *vs.* | § | Cause No. 4:11-cv-00542 |
| | § | |
| *JURIDICA INVESTMENTS, LTD.*, | § | |
| *JURIDICA CAPITAL MANAGEMENT LIMITED* | § | |
| *JURIDICA CAPITAL MANAGEMENT (US) INC.* | § | |

**UNOPPOSED MOTION TO SEAL EXHIBITS TO**
**DOCKET ENTRY #30**

Defendants move unopposed to seal the exhibits attached to plaintiffs' response to the

defendants' motion to dismiss in favor of arbitration [attached to docket entry #30].


Dated: March 11, 2011

Respectfully submitted,

**BARNES & THORNBURG, LLP**

**/s/ Scott E. Murray**
**(by J.M. Brewer, with permission)**

Robert D. MacGill, 9989-49
Mark J. Crandley, 22321-53
Scott E. Murray, 26885-49
11 South Meridian Street
Indianapolis, IN 46201
Tel: (317) 236-1313
Fax: (317) 231-7433
Attorney for Defendants


**CERTIFICATE OF SERVICE**

I certify  that I have forwarded a copy of this motion by electronic mail using the courts
CM/ECF system on March 11, 2011.