# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON

S&T OIL EQUIPMENT & MACHINERY LTD.,  )
VALERIAN SIMIRICA,  )
          )
    vs.           )        Cause No. H-11-542
          )
JURIDICA INVESTMENTS, LTD.,  )
JURIDICA CAPITAL MANAGEMENT LIMITED)
JURIDICA CAPITAL MANAGEMENT (US) INC.)

## SECOND DECLARATION OF PAUL SULLIVAN

1.     My name is Paul Sullivan.

2.     I am over 18 years old; I am competent to testify in this matter; and I have personal knowledge of the matters set forth below.

3.     I am the Senior Vice President for Juridica Capital Management (US) Inc. ("JCMUS"), one of the named defendants in the above action.

4.     Attached hereto as Exhibit A is a true and correct copy of materials printed from the website for the International Centre for Settlement of Investment Disputes, which was accessed on March 14, 2011, at http://icsid.worldbank.org/ICSID/Index.jsp.

5.     Attached hereto as Exhibit B is a true and correct copy of a wire confirmation showing a payment of $750,000 from Juridica Investment Limited's account in Guernsey to Plaintiffs' counsel on June 17, 2008, as required by the parties' Investment Agreement.

6.     Attached hereto as Exhibit C is a true and correct copy of materials printed from the website for the London Court of International Arbitration, which was accessed on March 14, 2011, at http://www.lcia.org.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/16/11___                _____
                                          Paul Sullivan

JNDS02 1157262v1

# EXHIBIT A

**International Centre for Settlement of Investment Disputes (ICSID)**

## About ICSID

ICSID is an autonomous international institution established under the Convention on the Settlement of Investment Disputes between States and Nationals of Other States (the ICSID or the Washington Convention) with over one hundred and forty member States. The Convention sets forth ICSID's mandate, organization and core functions. The primary purpose of ICSID is to provide facilities for conciliation and arbitration of international investment disputes.

The ICSID Convention is a multilateral treaty formulated by the Executive Directors of the International Bank for Reconstruction and Development (the World Bank). It was opened for signature on March 18, 1965 and entered into force on October 14, 1966.

The Convention sought to remove major impediments to the free international flows of private investment posed by non-commercial risks and the absence of specialized international methods for investment dispute settlement. ICSID was created by the Convention as an impartial international forum providing facilities for the resolution of legal disputes between eligible parties, through conciliation or arbitration procedures. Recourse to the ICSID facilities is always subject to the parties' consent.

As evidenced by its large membership, considerable caseload, and by the numerous references to its arbitration facilities in investment treaties and laws, ICSID plays an important role in the field of international investment and economic development.

Today, ICSID is considered to be the leading international arbitration institution devoted to investor-State dispute settlement.

# EXHIBIT B

017  CST  PAGE 01/01

ePay Reference Search (Operations)

Page 1 of 1

*Sarah Wright*
*714061.*

**Transaction Details**

| | |
|---|---|
| Payer | Juridica Investments Limited ▮▮▮▮ |
| | USD 750,000.00 |
| Beneficiary | King Spalding Llp Escrow |
| | 1180 Peachtree Street |
| | Atlanta, Georgia 30309 |
| | 8800312921 |
| ePay Status | Processed (PRO) |

**Additional Details**

| | |
|---|---|
| Cust to Cust | Reginald R. Smith, |
| | ▮▮▮▮▮▮▮ |

| | |
|---|---|
| Beneficiary Bank | Suntrust Bank |
| | Po Box 4418 Atlanta |
| | United States Of America |
| | SNTRUS3A |
| Receiving Bank | Wachovia Bank Na |
| | 301 South College Street Charlotte |
| | United States Of America |
| | PNBPUS3NNYC |
| Branch Name | Royal Bank Of Scotland International, Guernsey (2029) |
| Rel Manager | Mike Lewis |
| Initial Failure Reasons | Customer Instructions |

**Payment Details**

| | |
|---|---|
| Type | eQ (SWIFT) |
| View Audit Trail | |

**References**

| | |
|---|---|
| ePay | ▮▮▮▮ |
| IBBA | ▮▮▮▮ |
| eQ | ▮▮▮▮ |

**Dates**

| | |
|---|---|
| Created | 17/06/2008 |
| Transaction | 17/06/2008 |
| Value | 17/06/2008 |

**Users**

| | |
|---|---|
| Inputter | system |
| Repairer | yatesda |
| Verify (1st) | canippa |
| Verify (2nd) | mcnulcc |
| Locked By | N/A |

# EXHIBIT C



- Home
- About the LCIA
- Dispute resolution services
- Membership
- Conferences
- YIAG
- Contact Us

# Membership of the LCIA Users' Councils

26th February 2011

### Membership of the LCIA Users' Councils

The LCIA's dispute resolution services are available to all contracting parties, without any membership requirements.

However, in addition to those services, the LCIA does have a general membership for which it organises a worldwide programme of conferences, seminars and other events of interest to the arbitration and ADR community. This general membership is organised into Users' Councils, which have been established to provide and maintain its worldwide services and to meet the developing needs of the business community.

The LCIA Users' Councils are:

African Users' Council

Arab Users' Council

Asia Pacific Users' Council

European Users' Council

Latin American and Caribbean Users' Council

North American Users' Council

Each Council has its own officers and devises its own programme of activity appropriate to the needs of the region. Members may elect to which Council they wish to join. All members receive advance notice of all events arranged by the LCIA, irrespective of the Users' Council to which they are attached.

Membership of LCIA Users' Councils is open to any person or body of good standing with a *bona fide* interest in international commercial arbitration or ADR, including including lawyers, arbitrators, mediators, experts, academics, businessmen, law firms and commercial and trading organisations.

Currently, the Users' Councils have more than 1,600 members from over 80 countries.